Certificate Number: 03621-PAE-DE-034882738

Bankruptcy Case Number: 20-13391



03621-PAE-DE-034882738

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2020, at 6:18 o'clock PM EDT, Christina L Weidman completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:  September 15, 2020            By:    /s/Michelove Thelemaque

Name:  Michelove Thelemaque

Title:  Credit Counselor