Certificate Number: 03621-PAE-DE-034882741

Bankruptcy Case Number: 20-13391



03621-PAE-DE-034882741

# CERTIFICATE OF DEBTOR EDUCATION

I CERTIFY that on September 15, 2020, at 6:17 o'clock PM EDT, Brian J Weidman completed a course on personal financial management given by internet by Credit Card Management Services, Inc. d/b/a Debthelper.com, a provider approved pursuant to 11 U.S.C. 111 to provide an instructional course concerning personal financial management in the Eastern District of Pennsylvania.

Date:   September 15, 2020            By:      /s/Michelove Thelemaque

                                       Name:   Michelove Thelemaque

                                       Title:  Credit Counselor