United States Bankruptcy Court

Eastern District of Pennsylvania

| | |
|---|---|
| In re: | Case No. 20-13391-elf |
| Christina Lynn Weidman | Chapter 7 |
| Brian Joseph Weidman | |
|     Debtor(s) | |

# CERTIFICATE OF NOTICE

| | | |
|---|---|---|
| District/off: 0313-2 | User: admin | Page 1 of 3 |
| Date Rcvd: Nov 20, 2020 | Form ID: 318 | Total Noticed: 59 |

The following symbols are used throughout this certificate:
**Symbol    Definition**

+    Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

++    Addresses marked '++' were redirected to the recipient's preferred mailing address pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.P.2002(g)(4).

#    Addresses marked '#' were identified by the USPS National Change of Address system as requiring an update. While the notice was still deliverable, the notice recipient was advised to update its address with the court immediately.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 22, 2020:**

| Recip ID | | Recipient Name and Address |
|---|---|---|
| db/jdb | + | Christina Lynn Weidman, Brian Joseph Weidman, 1451 Blueball Avenue, Linwood, PA 19061-3913 |
| 14529198 | + | Aes/Suntrust Bank, P.O.Box 61047, Harrisburg, PA 17106-1047 |
| 14529199 | + | Ahoy Capt GMD, LLC, 920 Macclesfield Road, Furlong, PA 18925-1409 |
| 14529201 | + | Banfield Hospital, 3010 Brandywine Pkwy, Wilmington, DE 19803-1498 |
| 14529204 | ++ | CAINE & WEINER COMPANY, 12005 FORD ROAD 300, DALLAS TX 75234-7262 address filed with court:, Caine & Weiner, Po Box 55848, Sherman Oaks, CA 91413 |
| 14529205 | | Caine & Weiner, 5805 Sepulveda Blvd., Phoenix, AZ 85021 |
| 14529208 | + | Chase Slate JEMCB, P.O. Box 15369, Wilmingon, DE 19850-5369 |
| 14529209 | + | Citadel FCU, 4923 Edgmont Avenue, Brookhaven, PA 19015-1128 |
| 14529211 | + | Constar Financial, 10400 N. 25th Ave., Ste 100, Phoenix AZ 85021-1610 |
| 14529212 | + | Crozer-Keystone Health System, P.O. Box 9800, Coral Springs, FL 33075-0800 |
| 14529213 | + | David R.Adams, Esquire, Fromhold Jaffe & Adams, 789 E. Lancaster Ave., Suite 220, Villanova, PA 19085-1521 |
| 14529214 | #+ | Deborah Hightower, 2947 W. Germantown Pk., Eagleville, PA 19403-1035 |
| 14529218 | ++ | FIFTH THIRD BANK, MD# ROPS05 BANKRUPTCY DEPT, 1850 EAST PARIS SE, GRAND RAPIDS MI 49546-6253 address filed with court:, Fifth Third Bank NA, 5050 Kingsley Drive, Cincinnati, OH 45263 |
| 14529220 | + | Goldman Sachs Bank Usa, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 14529221 | | Home Depot/CBNA, P.O. Box 6405, Dallas, TX 75265 |
| 14529223 | + | Jefferson Health, 833 Chestnut St. #115, Philadelphia, PA 19107-4401 |
| 14529226 | + | KML Law Group, P.C., Suite 5000, BNY Mellon Indepdence Center, 701 Market Street, Philadelphia, PA 19106-1541 |
| 14529229 | | M&T Bank, One M&T Plaza, Buffalo, NY 14203 |
| 14535396 | + | M&T Bank, P.O. Box 1508, Buffalo, NY 14240, Buffalo, NY 14240-1508 |
| 14529231 | + | Marcus Goldman Sachs, P.O. Box 45400, Salt Lake City, UT 84145-0400 |
| 14529230 | | Marcus Goldman Sachs, P.O. Box 54500, Salt Lake City, UT 84145 |
| 14529232 | + | Matthew J. Rifino, Esquire, McCarter & English, LLP, 1600 Market Street, 39th floor, Philadelhia, PA 19103-7242 |
| 14529233 | + | Michael F. Ratchford, Esquire, 1729 Pittston Avenue, Scranton, PA 18505-4794 |
| 14529234 | + | Nationwide Credit, Inc., P.O. Box 15130, Wilmington, DE 19850-5130 |
| 14529236 | + | Patricia Pezely, 130 Oakwood Lane, Phoenixville, PA 19460-4604 |
| 14529238 | + | Penny Mac, USA, P.O. Box 514387, Los Angelos, CA 90051-4387 |
| 14529239 | + | Premier Orthopaedic, P.O. Box 1870, Cary, NC 27512-1870 |
| 14529240 | + | Progressive, P.O. Box 31260, Tampa FL 33631-3260 |
| 14529242 | + | RAS Lavrar Law Offices, 425 Commerce DriveSuite 150, Fort Washington, PA 19034-2727 |
| 14529241 | + | Radius Global Solutions, LLC, P.O. Box 390846, Minneapolis, MN 55439-0846 |
| 14529243 | + | Salt MedSpa of Glen Mills, LLC, Unit 3, 16 Wilminton-West Chester Pike, Chadds Ford, PA 19317-9085 |
| 14529244 | + | Salt MedSpa of Glen Mills, LLC, Unit 3, 16 Wilmington-West Chester PK, Chadds Ford, PA 19317-9085 |
| 14529246 | + | Salt MedSpa, LLC, 128 Sumner Road, Fayetteville, Georgia 30214-4757 |
| 14529245 | + | Salt Medspa of Glenn Mills, LLC, Unit 3, 16 Wilmington-West Chester Pike, Chadds Ford, PA 19317-9085 |
| 14529247 | + | Springfield Hospital, 190 W. Sproul Road, Gr. Floor, Springfield, PA 19064-2027 |
| 14529248 | + | Syncb/Walmart, P.O. Box 30281, Salt Lake City, Utah 84130-0281 |
| 14529250 | + | Tina & Brian Weidman, 1451 Blueball Avenue, Linwood, PA 19061-3913 |
| 14529252 | + | Wills Eye Hospital, P.O. Box 2344, West Chester, PA 19380-0110 |

TOTAL: 38

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**

| District/off: 0313-2 | User: admin | Page 2 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 318 | Total Noticed: 59 |

Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI). Electronic transmission is in Eastern Standard Time.

| Recip ID | Notice Type: Email Address | Date/Time | Recipient Name and Address |
|---|---|---|---|
| smg | Email/Text: megan.harper@phila.gov | Nov 21 2020 01:48:00 | City of Philadelphia, City of Philadelphia Law Dept., Tax Unit/Bankruptcy Dept, 1515 Arch Street 15th Floor, Philadelphia, PA 19102-1595 |
| smg | Email/Text: RVSVCBICNOTICE1@state.pa.us | Nov 21 2020 01:47:00 | Pennsylvania Department of Revenue, Bankruptcy Division, P.O. Box 280946, Harrisburg, PA 17128-0946 |
| smg | + Email/Text: usapae.bankruptcynotices@usdoj.gov | Nov 21 2020 01:47:00 | U.S. Attorney Office, c/o Virginia Powel, Esq., Room 1250, 615 Chestnut Street, Philadelphia, PA 19106-4404 |
| ust | + Email/Text: ustpregion03.ph.ecf@usdoj.gov | Nov 21 2020 01:47:00 | United States Trustee, Office of United States Trustee, 200 Chestnut Street, Suite 502, Philadelphia, PA 19106-2908 |
| 14529200 | + EDI: AMEREXPR.COM | Nov 21 2020 05:48:00 | American Express, P.O. Box 981537, El Paso, TX 79998-1537 |
| 14529202 | EDI: BANKAMER.COM | Nov 21 2020 05:48:00 | Bank Of America, P.O. Box 982238, El Paso, TX 79998 |
| 14529203 | + EDI: TSYS2.COM | Nov 21 2020 05:48:00 | Barclays Bank Delaware, P.O. Box 8803, Wilmington, DE 19899-8803 |
| 14529206 | + EDI: CAPITALONE.COM | Nov 21 2020 05:48:00 | Capital One Bank Usa N, P.O. Box 30281, Salt Lake City, UT 84130-0281 |
| 14529207 | + EDI: JPMORGANCHASE | Nov 21 2020 05:48:00 | Chase Freedom JEMB, P.O. Box 15369, Wilmington, DE 19850-5369 |
| 14529210 | + EDI: WFNNB.COM | Nov 21 2020 05:48:00 | Comenity Bank, P.O. Box 182789, Columbus, OH 43218-2789 |
| 14529215 | + EDI: NAVIENTFKASMDOE.COM | Nov 21 2020 05:48:00 | Dept Of Ed/navient, Po Box 9635, Wilkes Barre, PA 18773-9635 |
| 14529216 | + EDI: DISCOVER.COM | Nov 21 2020 05:48:00 | Discover Fin Svcs LLC, P.O. Box 15316, Wilmington, DE 19850-5316 |
| 14529219 | + EDI: FSAE.COM | Nov 21 2020 05:48:00 | Firstsource Advantage, LLC, 205 Bryant Woods South, Amherst, NY 14228-3609 |
| 14529222 | + EDI: IIC9.COM | Nov 21 2020 05:48:00 | I.c. System, Inc, Po Box 64378, Saint Paul, MN 55164-0378 |
| 14529224 | EDI: JPMORGANCHASE | Nov 21 2020 05:48:00 | Jpmcb Card, P.O. Box 15369, Wilmington, DE 19850 |
| 14529227 | + Email/Text: PBNCNotifications@peritusservices.com | Nov 21 2020 01:46:00 | Kohls/Capone, P.O. Box 3115, Milwaukee, WI 53201-3115 |
| 14529228 | Email/Text: camanagement@mtb.com | Nov 21 2020 01:47:00 | M & T Bank, P.O. Box 1056, Buffalo, NY 14240 |
| 14529235 | + Email/Text: cedwards@ncsplus.com | Nov 21 2020 01:47:00 | Ntl Crdt Sys, 117 E 24th St, New York, NY 10010-2937 |
| 14529237 | + Email/Text: bankruptcygroup@peco-energy.com | Nov 21 2020 01:47:00 | PECO, P.O. Box 37629, Philadelphia, PA 19101-0629 |
| 14529249 | + EDI: CITICORP.COM | Nov 21 2020 05:48:00 | Thd/cbna, Po Box 6497, Sioux Falls, SD 57117-6497 |
| 14529251 | + EDI: WFFC.COM | Nov 21 2020 05:48:00 | Wf/fmg, P.O. Box 14517, Des Moines, IA 50306-3517 |

TOTAL: 21

## BYPASSED RECIPIENTS

| District/off: 0313-2 | User: admin | Page 3 of 3 |
|---|---|---|
| Date Rcvd: Nov 20, 2020 | Form ID: 318 | Total Noticed: 59 |

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

| Recip ID | Bypass Reason | Name and Address |
|---|---|---|
| 14529217 | *+ | Discover Fin Svcs LLC, Pob 15316, Wilmington, DE 19850-5316 |
| 14529225 | *P++ | JPMORGAN CHASE BANK N A, BANKRUPTCY MAIL INTAKE TEAM, 700 KANSAS LANE FLOOR 01, MONROE LA 71203-4774, address filed with court:, Jpmcb Card, Po Box 15369, Wilmington, DE 19850 |

TOTAL: 0 Undeliverable, 2 Duplicate, 0 Out of date forwarding address

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 22, 2020          Signature:          /s/Joseph Speetjens

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 19, 2020 at the address(es) listed below:**

| Name | Email Address |
|---|---|
| GARY F. SEITZ | gseitz@gsbblaw.com  gfs@trustesolutions.net |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES  LLC bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Debtor Christina Lynn Weidman rholber@holber.com |
| ROBERT H. HOLBER | on behalf of Joint Debtor Brian Joseph Weidman rholber@holber.com |

TOTAL: 4

**Information to identify the case:**

| | | |
|---|---|---|
| Debtor 1 | Christina Lynn Weidman | Social Security number or ITIN   xxx–xx–6347 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |
| Debtor 2 (Spouse, if filing) | Brian Joseph Weidman | Social Security number or ITIN   xxx–xx–6050 |
| | First Name   Middle Name   Last Name | EIN   _ _–_ _ _ _ _ _ _ |

United States Bankruptcy Court   Eastern District of Pennsylvania

Case number:   20–13391–elf

# Order of Discharge   12/15

**IT IS ORDERED:** A discharge under 11 U.S.C. § 727 is granted to:

Christina Lynn Weidman              Brian Joseph Weidman
aka Christina Fellows


11/19/20                                          **By the court:**   Eric L. Frank
                                                                 United States Bankruptcy Judge

---

**Explanation of Bankruptcy Discharge in a Chapter 7 Case**

This order does not close or dismiss the case, and it does not determine how much money, if any, the trustee will pay creditors.

**Creditors cannot collect discharged debts**
This order means that no one may make any attempt to collect a discharged debt from the debtors personally. For example, creditors cannot sue, garnish wages, assert a deficiency, or otherwise try to collect from the debtors personally on discharged debts. Creditors cannot contact the debtors by mail, phone, or otherwise in any attempt to collect the debt personally. Creditors who violate this order can be required to pay debtors damages and attorney's fees.

However, a creditor with a lien may enforce a claim against the debtors' property subject to that lien unless the lien was avoided or eliminated. For example, a creditor may have the right to foreclose a home mortgage or repossess an automobile.

This order does not prevent debtors from paying any debt voluntarily or from paying reaffirmed debts according to the reaffirmation agreement. 11 U.S.C. § 524(c), (f).

**Most debts are discharged**
Most debts are covered by the discharge, but not all. Generally, a discharge removes the debtors' personal liability for debts owed before the debtors' bankruptcy case was filed.

Also, if this case began under a different chapter of the Bankruptcy Code and was later converted to chapter 7, debts owed before the conversion are discharged.

In a case involving community property: Special rules protect certain community property owned by the debtor's spouse, even if that spouse did not file a bankruptcy case.

**For more information, see page 2 >**

Official Form 318                            **Order of Discharge**                            page 1

**Some debts are not discharged**
Examples of debts that are not discharged are:

- debts that are domestic support obligations;

- debts for most student loans;

- debts for most taxes;

- debts that the bankruptcy court has decided or will decide are not discharged in this bankruptcy case;

- debts for most fines, penalties, forfeitures, or criminal restitution obligations;

- some debts which the debtors did not properly list;

- debts for certain types of loans owed to pension, profit sharing, stock bonus, or retirement plans; and

- debts for death or personal injury caused by operating a vehicle while intoxicated.

Also, debts covered by a valid reaffirmation agreement are not discharged.

In addition, this discharge does not stop creditors from collecting from anyone else who is also liable on the debt, such as an insurance company or a person who cosigned or guaranteed a loan.

> **This information is only a general summary of the bankruptcy discharge; some exceptions exist. Because the law is complicated, you should consult an attorney to determine the exact effect of the discharge in this case.**