United States Bankruptcy Court
Eastern District of Pennsylvania

In re:  
Christina Lynn Weidman  
Brian Joseph Weidman  
    Debtor(s)

Case No. 20-13391-elf  
Chapter 7

# CERTIFICATE OF NOTICE

District/off: 0313-2      User: Adminstra      Page 1 of 1  
Date Rcvd: Nov 23, 2020      Form ID: 195      Total Noticed: 1

The following symbols are used throughout this certificate:  
**Symbol    Definition**

+      Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 25, 2020:**

| Recip ID | Recipient Name and Address |
|---|---|
| db/jdb | + Christina Lynn Weidman, Brian Joseph Weidman, 1451 Blueball Avenue, Linwood, PA 19061-3913 |

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**  
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.

NONE

## NOTICE CERTIFICATION

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 25, 2020      Signature:     /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on November 23, 2020 at the address(es) listed below:

| Name | Email Address |
|---|---|
| GARY F. SEITZ | gseitz@gsbblaw.com gfs@trustesolutions.net |
| REBECCA ANN SOLARZ | on behalf of Creditor PENNYMAC LOAN SERVICES LLC bkgroup@kmllawgroup.com |
| ROBERT H. HOLBER | on behalf of Debtor Christina Lynn Weidman rholber@holber.com |
| ROBERT H. HOLBER | on behalf of Joint Debtor Brian Joseph Weidman rholber@holber.com |

TOTAL: 4

**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

In re:                                                            : Chapter 7

Christina Lynn Weidman and Brian Joseph Weidman    : Case No. 20−13391−elf

        Debtor(s)

***ORDER***
_____

AND NOW, this day , 23rd of November 2020 , it appearing that the trustee in the above entitled matter has filed his report and that the trustee has performed all other duties required in the administration of the debtor(s) estate, it is

ORDERED that the trustee be discharged and relieved of any trust; and this case be, and the same hereby is, closed.

                                                        By The Court

                                                        Eric L. Frank
                                                        Judge , United States Bankruptcy Court